# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

UNITED STATES OF AMERICA

Docket Number: 5:16-CR-340-002 (NAM)

Norman A. Mordue
(District Court Judge)

Tammy Lamere

Tammy Lamere

Notice is hereby given that ___ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [x]; order [ ]; other [ ]: _____ (specify)

entered in this action on 6/22/18 (date)

Offense occurred after November 1, 1987   Yes [x]   No [ ]

The appeal concerns: conviction only [ ]; sentence only [ ]; conviction and sentence [x].

ROBERT G. WELLS
(Counsel for Appellant)

Date: 6/20/18
TO: Lisa M. Fletcher, AUSA
100 S. Clinton Street
Syracuse, NY 13261

Address: 120 East Washington Street, Suite 825
Syracuse, New York 13202

Telephone Number: 315-472-4489

ADD ADDITIONAL PAGE IF NECESSARY

---

## (TO BE COMPLETED BY ATTORNEY)

### QUESTIONNAIRE

[x] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
 [ ] Daily copy is available
 [ ] U.S. Attorney has placed order
 [ ] Other. Attach explanation

## TRANSCRIPT INFORMATION — FORM B

### TRANSCRIPT ORDER

DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Prepare transcript of:   Dates
[x] Pre-trial proceedings — 12/18/17
[ ] Trial
[x] Sentence — 6/18/18
[ ] Post-trial proceedings

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) Method of payment [ ] Funds [x] CJA Form 24

ATTORNEY'S signature: *[signed] Robert G. Wells*
DATE: 6/25/18

### COURT REPORTER ACKNOWLEDGEMENT
To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
|  |  |  |

Date _____   Signature _____ (Court Reporter)

COPY 1 - ORIGINAL