UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 16-CR-340 (NAM) |
| v. | ) | |
| | ) | |
| CLIF J. SEAWAY, | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on May 3, 2018.

Respectfully submitted,

LISA A. PEEBLES
FEDERAL PUBLIC DEFENDER

By:

*S/James P. Egan, Esq.*
Assistant Federal Public Defender
Bar Roll No. 515300
Office of the Federal Public Defender
4 Clinton Square, 3rd Floor
Syracuse, New York 13202
315-701-0080

TO: United States Attorney's Office