June 8, 2020

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 1 5 2020
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

Honorable Norman A. Mordue
Senior U.S. District Court Judge

Case # 5:16-CR-340(Nam)

Dear your Honor:

    I am in receipt of your response to my Motion Requesting Emergency Compassionate Release.

    There are many issues that I believe Need to be considered Regarding my case and my Current Circumstances.

    I am therefore Requesting that I be Appointed a public Defender to handle my Case henceforward.

    Thank you for your Kind Consideration of my request.

Respectfully,

*Tammy LaMere*
Tammy LaMere

Name Tammy LaMere
Reg. No. 24096052
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
11 JUN 2020  PM 10 L



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 15 2020

RECEIVED

Honorable Norman A Mordue
Senior U.S. District Court Judge
P.O. Box 7367
100 South Clinton St.
Syracuse, New York
                    13261 - 7367

13261-610099